IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| KENNETH J. KONIAS JR., | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-01550-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID DRUSKIN, PA-C; KRISTINA TANNER, MICHAEL HERBIK, DOCTOR; MARK ROMEASE, NEDRA GREGO-RICE, CHCA; MARK V. CAPOZZA, CORRECT CARE SOLUTIONS, MEDICAL PROVIDER; JOHN E. WETZEL, KIM BILLOW, DORINA VARNER, CHIEF GRIEVANCE ADMINISTRATOR; PENNSYLVANIA DEPARTMENT OF CORRECTIONS, BOB MARSH, DOCTOR; AND  ALL MEDICAL STAFF @ SCI FAYETTE WORKING THE NIGHT SHIFT ON NOVEMBER 24, 25, 26, 2017, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

**ORDER**

AND NOW, this 28th day of September, 2021, upon consideration of the following:

(1)     A motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6) by Kim Billow, Mark V. Capozza, Nedra Greco-Rice, Bob Marsh, Pennsylvania Department of Corrections, Mark Romease, Kristina Tanner, Dorina Varner and John E. Wetzel (collectively "Corrections Defendants") (ECF No. 45);

(2)     A motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6) by Correct Care Solutions, David Druskin and Michael Herbik (collectively "Medical Defendants") (ECF No. 48); and

(3)     A motion to strike certificate of merit by Medical Defendants (ECF No. 50),

IT IS HEREBY ORDERED that Corrections Defendants' motion to dismiss (ECF No. 45) is granted in its entirety, Medical Defendants' motion to dismiss (ECF No. 48) is granted in part and denied in part and Medical Defendants' motion to strike certificate of merit (ECF No 50) is

1

denied without prejudice. The following claims remain: (1) An Eighth Amendment deliberate indifference claim under § 1983 against Dr. Herbik, PA Druskin and the John Doe Defendants; and (2) a state law negligence claim against Dr. Herbik, PA Druskin and the John Doe Defendants.

Remaining Defendants shall file an Answer by **October 12, 2021.**

 

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge