IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| KENNETH J. KONIAS JR., | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-01550-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID DRUSKIN, PA-C; MICHAEL HERBIK, DOCTOR; AND ALL MEDICAL STAFF @ SCI FAYETTE WORKING THE NIGHT SHIFT ON NOVEMBER 24, 25, 26, 2017, | ) ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |

**ORDER**

AND NOW, this 12th day of September, 2023,

Upon consideration of Defendant's motion for summary judgment ECF No. 90, it is HEREBY ORDERED that said motion is GRANTED;

IT IS FURTHER ORDERED that judgment is entered in favor of Nurse Kristina Tanner;

IT IS FURTHER ORDERED that the remaining John/Jane Doe Defendants "All Medical Staff Working the Night Shift on November 24, 25, 26, 2017" are dismissed; and

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment and motion to appoint counsel ECF Nos. 89 and 101 are DENIED.

A Fed. R. Civ. P. 58 Judgment Order follows.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

cc: Kenneth J. Konias, Jr.
LK6409
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450

Counsel of record
*via CM/ECF electronic filing*